UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Christy Hutchinson, et al().

                              Plaintiff,

v.                                                    Case No.: 3:22–cv–00511

Fast Pace Medical Clinic PLLC

                              Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/30/2024 re [98].

                                                                                                      Lynda M. Hill
                                                                               <u>s/ Kim Chastain, Deputy Clerk</u>