# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHRISTY HUTCHINSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 3:22-cv-00511 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| FAST PACE MEDICAL CLINIC PLLC, ) | MAGISTRATE JUDGE |
| d/b/a FAST PACE HEALTH ) | HOLMES |
| ) | |
| Defendant. ) | |

## ORDER

The Court having considered the stipulated request, pursuant to Fed. R. Civ. P. 23(e)(5)(B), for approval of a payment in the amount of $35,000 to Objector Kathryn Farr and for reallocation of $5,000 from Class Counsel's attorneys' fees to the Net Settlement Fund for Claimants, pursuant to the terms and conditions of the Objector Agreement previously filed with this Court (ECF No. 104-1), the Stipulation and all relief requested therein is hereby **GRANTED** and the Objector Agreement is **APPROVED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE